# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER MICHAEL
PATTERSON,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 76658

FILED

SEP 2 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the decision of the District Court in case # C-11-277884-1, and the Court of Appeals Docket Number 74395." Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

This court's review of this appeal reveals jurisdictional defects. Review of the district court docket entries does not indicate that the district court entered any appealable order from which this court can exercise its appellate jurisdiction. Further, no statute or court rule permits an appeal from an order of affirmance of the Court of Appeals. *See Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990); *see also* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

18-37144

cc: Hon. Joseph Hardy, Jr., District Judge
Christopher Michael Patterson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A